BEFORE THE FIRST DIVISION, MAY 10, 1939

No. 41275.—Protest 950126–G of Eitinger Bead Co., Inc. (New York).

Opinion by SULLIVAN, J. On the record presented the merchandise in question was held dutiable as buttons at 45 percent under paragraph 1510 as claimed.

No. 41276.—Protest 984076–G of Dan Brechner & Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of cigarette whistles similar to those the subject of Abstract 39509. The claim at 45 percent under paragraph 409 was therefore sustained.

No. 41277.—Protests 964818–G, etc., of Levin Bros. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of paper play balls similar to those the subject of Abstract 40492. The claim at 35 percent under paragraph 1413 was therefore sustained.

No. 41278.—Protest 848442–G of Ellis-Klatscher & Co. (Los Angeles).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: metal figures like those the subject of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) at 50 percent under paragraph 339, and rubber mice similar to those the subject of Abstract 31963 at 25 percent under paragraph 1537 (b).

BEFORE THE SECOND DIVISION, MAY 10, 1939

No. 41279.—Protests 836590–G, etc., of United American Bosch Corp. (New York)

Opinion by DALLINGER, J. It was stipulated that the merchandise in question is similar to that the subject of United American Bosch Corp. v. United States (C. D. 99). The claim as parts of machines at 27½ percent under paragraph 372 was therefore sustained.

No. 41280.—Protests 885628–G, etc., of Simon & Mills, Inc. (New York).

Opinion by DALLINGER, J. On the records presented the protests were dismissed. Abstract 15400 followed.